1010

[No. 19393-1-II.    Division Two.    August 8, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY
BUMP, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 94-1-00730-9, Jay B. Roof, J., entered April 17, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Hunt, JJ.

[Nos. 19544-5-II; 19546-1-II.    Division Two.    August 8, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DEAN
PAUL DARKOW, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. TROY
MICHAEL ANDERSON, *Appellant*.

Appeal from judgments of the Superior Court for Pierce County, Nos. 95-1-00194-9 and 95-1-00203-1, Arthur W. Verharen, J., entered May 26, 1995. *Affirmed in part* and *reversed in part* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Morgan, J.

[No. 19555-1-II.    Division Two.    August 8, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. FILIBERTO
RODRIGUEZ GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 94-1-00144-1, Leonard W. Costello, J., entered May 5, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Armstrong, J.

[No. 19632-8-II.    Division Two.    August 8, 1997.]

BUDDY ROACH, ET AL., *Appellants*, v. BRUCE
MORLANG, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-2-00992-8, Grant L. Anderson, J., entered June 16, 1995. *Reversed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Morgan, J.